IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TERRI ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  3:10-CV-1021-WKW |
| | ) | |
| WALGREEN CO., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On June 15, 2011, the Magistrate Judge filed a Recommendation in this case

to which no timely objections have been filed.  (Doc. # 27.)  Upon an independent

review of the file in this case and upon consideration of the Recommendation, it is

ORDERED that the Recommendation is ADOPTED, Defendant's renewed motion to

dismiss (Doc. # 23) is GRANTED, and this action is DISMISSED with prejudice.
    DONE this 30th day of June, 2011.

                            /s/ W.  Keith Watkins
                            CHIEF UNITED STATES DISTRICT JUDGE